N.E.2d 1234. On motion for reconsideration. Motion denied.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2005-0702 and 2005-0734.   Doe v. Archdiocese of Cincinnati.**
Shelby App. No. 17–04–10, 2005-Ohio-960. Reported at 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

BETH WHITMORE, J., of the Ninth Appellate District, sitting for RESNICK, J.

JUDITH L. FRENCH, J., of the Tenth Appellate District, sitting for LANZINGER, J.

**2005-1108.   State ex rel. Avalon Precision Casting v. Indus. Comm.**
Franklin App. No. 04AP–558, 2005-Ohio-2297. Reported at 109 Ohio St.3d 237, 2006-Ohio-2287, 846 N.E.2d 1245. On motion for reconsideration. Motion denied.

**2006-0094.   Cleveland Bar Assn. v. Helfgott.**
Board of Commissioners on Grievances and Discipline, No. 03–065. Reported at 109 Ohio St.3d 360, 2006-Ohio-2579, 847 N.E.2d 1212. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2006-0293.   N. Canton v. Canton.**
Stark App. No. 2005–CA–00123, 2005-Ohio-6953. Reported at 109 Ohio St.3d 1480, 2006-Ohio-2466, 847 N.E.2d 1225. On motion for reconsideration. Motion granted. Discretionary appeal accepted.

RESNICK, O'CONNOR and LANZINGER, JJ., dissent.

**2006-0300.   Dayton v. Huber.**
Montgomery App. No. 20425, 2004-Ohio-7249. Reported at 109 Ohio St.3d 1480, 2006-Ohio-2466, 847 N.E.2d 1225. On motion for reconsideration. Motion denied.

**2006-0337.   State v. Harris.**
Hamilton App. No. C–040483, 2005-Ohio-6995. Reported at 109 Ohio St.3d 509, 2006-Ohio-2721, 849 N.E.2d 284. On motion for reconsideration. Motion denied.

**2006-0339.   In re J.B.**
Butler App. No. CA2004–09–226, 2005-Ohio-7029. Reported at 109 Ohio St.3d 1481, 2006-Ohio-2466, 847 N.E.2d 1226. On motion for reconsideration. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006-0420.   Curtis v. Ohio Adult Parole Auth.**
Franklin App. No. 04AP–1214, 2005-Ohio-4781, and 2006-Ohio-15. Reported at 109 Ohio St.3d 1495, 2006-Ohio-2762, 848 N.E.2d 858. On motion for reconsideration. Motion denied.

**2006-0483.   Anderson v. Sherwood Food Distrib.**
Cuyahoga App. No. 86164, 2006-Ohio-101. Reported at 109 Ohio St.3d 1496, 2006-Ohio-2762, 848 N.E.2d 858. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

**2006-0513.   Kasapis v. High Point Furniture Co., Inc.**
Summit App. Nos. 22758 and 22762, 2006-Ohio-255. Reported at 109 Ohio St.3d 1496, 2006-Ohio-2762, 848 N.E.2d 858. On motion for reconsideration. Motion denied.

**2006-0542.   State v. Whaley.**
Trumbull App. No. 2005–T–0118, 2006-Ohio-490. Reported at 109 Ohio St.3d 1496, 2006-Ohio-2762, 848 N.E.2d 859. On motion for reconsideration. Motion denied. Motion to strike motion for reconsideration denied as moot.

**2006-0665.   Citifinancial, Inc. v. Lynch.**
Lorain App. No. 06CA008862. Reported at 109 Ohio St.3d 1497, 2006-Ohio-2762, 848 N.E.2d 859. On motion for reconsideration. Motion denied.

**2006-0727.   State v. Lohmeyer.**
Lucas App. No. L–05–1059. Reported at 109 Ohio St.3d 1479, 2006-Ohio-2466, 847 N.E.2d 1225. On motion for reconsideration. Motion denied.